No. 86–349.  KUNTZ ET AL. *v.* REESE ET AL.  C. A. 9th Cir. Certiorari denied.

No. 86–355.  PORZIG ET AL. *v.* NOLDEN.  C. A. 9th Cir.  Certiorari denied.

No. 86–360.  FIRST TRUST & SAVINGS BANK OF KANKAKEE ET AL. *v.* COMMONWEALTH EDISON CO.  App. Ct. Ill., 3d Dist. Certiorari denied.

No. 86–395.  HRONOPOULOS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 86–402.  JOHNSON *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 6th Cir.  Certiorari denied.

No. 86–412.  COPLEY PRESS, INC., ET AL. *v.* SMITH.  App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 86–414.  ST. CYPRIAN'S CHAPEL, INC. *v.* FRATERNITY OF THE APOSTLES OF JESUS AND MARY.  C. A. 3d Cir.  Certiorari denied.

No. 86–418.  BRAKKE ET AL. *v.* DEPARTMENT OF TRANSPORTATION ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 86–423.  PORCARO *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 86–427.  BUTLER *v.* DEPARTMENT OF AGRICULTURE. C. A. Fed. Cir.  Certiorari denied.

No. 86–438.  ROBERTS *v.* DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION.  C. A. Fed. Cir.  Certiorari denied.

No. 86–455.  MASY ET AL. *v.* NEW JERSEY TRANSIT RAIL OPERATIONS, INC., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 86–458.  PARR ET UX. *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.